# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Magee Benevolent Association**

Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Magee Benevolent Association**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_8/25/18_

Date

*[signature: Craig M. Geno]*

**Craig M. Geno 4793**

Signature of Attorney or Litigant

Counsel for   **Magee Benevolent Association**

**Law Offices of Craig M. Geno, PLLC**
**587 Highland Colony Parkway**
**Ridgeland, MS 39157**
**601-427-0048 Fax:601-427-0050**