| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Magee Benevolent Association** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Broadway Linen<br>548 N Broadway<br>Greenville, MS 38701 | | | | | | $17,779.51 |
| Cardinal Health Medica<br>P. O. Box 730112<br>Dallas, TX 75373 | | | | | | $27,104.68 |
| Erx<br>9742 Kingston Pike<br>Suite 1300<br>Knoxville, TN 37922 | | | | | | $74,836.00 |
| Evident<br>6600 Wall Street<br>Mobile, AL 36695 | | | | | | $27,604.50 |
| GE<br>P.O. Box 96483<br>Chicago, IL 60693 | | | | | | $41,439.09 |
| GlaxoSmithKline<br>P.O. Box 740415<br>Atlanta, GA 30374 | | | | | | $19,054.38 |
| Heartsounds<br>5601 Hwy 84 W<br>Laurel, MS 39443 | | | | | | $18,025.00 |
| Horne<br>P.O. Box 740209<br>Dept #40263<br>Atlanta, GA 30374 | | | | | | $53,563.30 |
| Keystone<br>Crescent Center<br>Memphis, TN 38119 | | | | | | $400,723.23 |
| McKesson<br>P.O. Box 660266<br>Dallas, TX 75266 | | | | | | $77,796.31 |

Debtor  **Magee Benevolent Association**                                      Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medical Surgical Clini<br>360 Simpson Hwy 49<br>Magee, MS 39111 | | | | | | $24,777.96 |
| MHA Hospital Assessmen<br>P.O. Box 1909<br>Madison, MS 39130 | | | | | | $40,051.00 |
| MHA Solutions<br>P.O. Box 1909<br>Madison, MS 39130 | | | | | | $20,666.13 |
| Phillips<br>P.O. Box 100355<br>Atlanta, GA 30384 | | | | | | $35,386.00 |
| Pruitt LOC<br>360 Simpson Hwy 49<br>Magee, MS 39111 | | | | | | $754,287.57 |
| Southern Anesthesia<br>135 Pearce Road<br>P.O. Box 6<br>Mount Olive, MS 39119 | | | | | | $18,000.00 |
| Southern Fire Sprinkle<br>77 Richburg Road<br>Purvis, MS 39475 | | | | | | $54,550.00 |
| Sysco<br>1390 Enclave Parkway<br>Houston, TX 77077 | | | | | | $17,643.65 |
| UMC Telehealth<br>2500 North State St<br>Jackson, MS 39216 | | | | | | $16,040.00 |
| Wise Carter<br>P.O. Box 651<br>Jackson, MS 39205 | | | | | | $15,233.27 |