Form hn001kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Magee Benevolent Association**

**CASE NO. 18–03283–KMS**

**DEBTOR.**

**CHAPTER 11**

## NOTICE OF HEARING

Trustmark National Bank has filed a Motion for Approval of Agreed Order Authorizing Use of Cash Collateral of Pre–Petition Secured Party Trustmark National Bank, Granting Adequate Protection and Other Relief (the "Motion") (Dkt. #57) with the Court in the above–styled case.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

The Court will hold a hearing on October 25, 2018, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion and Objection filed by Official Committee of Unsecured Creditors (Dkt #94).

If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 10/4/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

<u>Parties Noticed</u>:

Magee Benevolent Association, Debtor

Craig M Geno, Esq.

Douglas C. Noble, Esq.

Christopher J. Steiskal, Sr., Esq.

United States Trustee