_____



**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 10, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | Chapter 11 |
| Magee Benevolent Association d/b/a MGH, Debtor. | Case No. 18-03283-KMS |

**ORDER**

      This cause is before the Court on IRS' Motion for Extension in Light of Lapse of Appropriations [Dkt. #212], seeking an extension of the deadline to respond to Debtor's Objection to IRS Proof of Claim [Dkt. #208], in the above-captioned case.   The Court finds and orders as follows:

      IT IS THEREFORE ORDERED that in light of the current lapse of appropriations funding for the Department of Justice, the deadline for IRS to respond to Debtor's Objection to IRS Proof of Claim is hereby extended to March 8, 2019, as outlined in IRS' Motion for Extension in Light of Lapse of Appropriations.

      IT IS FURTHER ORDERED upon granting of this motion, if Congress does not appropriate funds for the Department of Justice by March 8, 2019, undersigned counsel will notify the Court before the deadline, and seek an additional extension.

## END OF ORDER ##

| | |
|---|---|
| Submitted by: | */s/ Tabitha Bandi* |
| | Tabitha Bandi (MSB# 105112) |
| | Assistant U.S. Attorney |
| | 501 E. Court Street, Suite, 4.430 |
| | Jackson, Mississippi   39201 |
| | Telephone: 601-973-2836 |
| | tabitha.bandi@usdoj.gov |
| | Attorney for Internal Revenue Service |