

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: March 22, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MAGEE BENEVOLENT ASSOCIATION                   CASE NO. 18-03283 KMS

DEBTOR .                                                                          CHAPTER 11

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Compel Debtor to Comply with the UST's Chapter 11 Operating Guidelines and Reporting Requirements filed by the U.S. Trustee (the "Motion") (Dkt. #244) and the Court having considered the facts herein, finds that the hearing on March 21, 2019, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for April 18, 2019, at 1:30 p.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841